

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2021

No. 04-21-00116-CV

**BISON DRILLING AND FIELD SERVICES LLC** and Bison Trucking LLC,
Appellants

v.

**MCDAY ENERGY CORP.**, Donald W. Orr, and McDay Oil & Gas, Inc.,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-05-14176-ZCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

Appellant's brief is due May 3, 2021. On April 28, 2021, appellant filed an unopposed motion requesting a thirty-day extension of time. The motion is GRANTED and appellant's brief is due **no later than June 2, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court